Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of oakum the same in all material respects as that the subject of *General Twine Corp.* v. *United States* (42 Cust. Ct. 121, C.D. 2075), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 14, 1964

No. 68445.—Allen Forwarding Co. et al. v. United States, protests 59/6785, etc. (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass or plastic articles similar in all material respects to those the subject of Abstracts 64185 and 67488, respectively, the claim of the plaintiffs was sustained.

No. 68446.—Manca, Inc. v. United States, protest 62/6711 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise, described on the invoice as microscope illuminators, consists of metal illuminating articles, the claim of the plaintiff was sustained.

No. 68447.—Manca, Inc. v. United States, protest 62/17195 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise, described on the invoice as "Sodium vapour lamp," consists of metal illuminating articles, the claim of the plaintiff was sustained.

No. 68448.—Manca, Inc. v. United States, protest 63/4118 (New York).

319

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise, designated on the invoice as illuminators, consists of metal illuminating articles, the claim of the plaintiff was sustained.

No. 68449.—Louis Marx & Co., Inc., et al. *v.* United States, protests 63/9611, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of "cardboard display cards and demonstrators of paper lithographically printed, over 0.020'' thick, which are separate articles of commerce from the articles with which they are imported, and are not chiefly used for the amusement of children," the claim of the plaintiffs was sustained.

No. 68450.—Mitsubishi International Corp. *v.* United States, protests 62/13711 and 62/16640 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of certain "photo lenses" similar in all material respects to those the subject of *Unimark Photo, Inc.* v. *United States* (47 Cust. Ct. 75, C.D. 2283), the claim of the plaintiff was sustained.

No. 68451.—Polk's Model Craft Hobbies, Inc., et al. *v.* United States, protests 60/29128, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature figures of people or pieces of equipment similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), except that the merchandise involved herein is composed of plastic material, the claim of the plaintiffs was sustained.